UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH A. HALL, | ) |
| Plaintiff, | ) |
| v. | ) NO. CV-06-004-CI |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) **JUDGMENT IN A CIVIL CASE** |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Plaintiff's Complaint and claims are **DISMISSED WITH PREJUDICE**. Judgment is entered for Defendant.

DATED this 23rd day of January, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk

cc: all counsel